B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of Florida - Ft. Lauderdale Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Copans Motors, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>d/b/a Champion Motors | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 59-2844647 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>500 West Copans Road<br>Pompano Beach, FL<br>ZIPCODE 33064-3266 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Broward | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  Car Dealership

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Copans Motors, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Copans Motors, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X    /s/ Bart A. Houston
Signature of Attorney for Debtor(s)

BART A. HOUSTON 623636
Printed Name of Attorney for Debtor(s)

GENOVESE JOBLOVE & BATTISTA, P.A.
Firm Name

200 East Broward Blvd.
Address

Suite 1110    Fort Lauderdale, FL 33301

954-453-8000
Telephone Number

May 7, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Michael A. Sciple
Signature of Authorized Individual

MICHAEL A. SCIPLE
Printed Name of Authorized Individual

General Manager
Title of Authorized Individual

May 7, 2009
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

5/5/2009 6:10 PM    FROM: 1-954-564-9252 SMITH, HIATT _ DIAZ P.A.    TO: 918688216401    PAGE: 002 OF 003

### UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF COPANS MOTORS, INC.

May 6, 2009

Pursuant to Section 607.0821 of the Florida Business Corporation Act, the undersigned, being all of the members of the Board of Directors of Copans Motors, Inc., a Florida corporation (the "Corporation"), hereby consent to the adoption of the following resolutions to the same extent and to have the same force and effect as if adopted of the formal meeting of the Corporation's Board of Directors.

WHEREAS, the Board of Directors of the Corporation has determined that it is desirable, fair, reasonable and in the best interest of the Corporation and the Corporation's creditors, stockholders and other interested parties for the Corporation to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code")

NOW, THEREFORE, BE IT

RESOLVED that the Corporation, through Tony Sciple (an "Authorized Agent") is hereby authorized and directed to cause to be filed on behalf of the Corporation a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and it is

FURTHER RESOLVED that the Authorized Agent is hereby authorized and directed, in the name of the Corporation and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as any of them may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Corporation under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials,

2009-05-05 19:06    Hyatt Reg Trinidad    >> 4-564-9252    p 1/2

including a disclosure statement and plan of reorganization, as any Authorized Agent may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as they, or any one of them, deem necessary or advisable with respect to the Chapter 11 Proceedings; and it is

FURTHER RESOLVED that the Corporation, through its Authorized Agent, is authorized and directed (i) to retain on behalf of the Corporation the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Corporation in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Corporation such other professionals that the Authorized Agent deems necessary or advisable to represent or assist the Corporation as is necessary in connection with the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Agent of the Corporation is hereby authorized, empowered and directed to do all things and to take all actions which such Authorized Agent may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions.

Davindar A. Maraj
President & Director

Accuguard
3775 Wild Orchard Lane
Fort Pierce, Fl 34981

Ashley Towing
818 Ne 206th Street
Miami Fl 33179

At&t
Po Box 105262
Atlanta, Ga 64121

Audio Creations
21000 Boca Rio Road
Boca Raton Fl 33433

Auto Glass Specialist
220 E. Prospect Rd.
Ft. Lauderdale Fl 33334

Auto Miracle Inc
1816 Service Road
Juno Beach Fl 33408

Auto Salon 2000
1650 North Powerline Road
Deerfield Beach Fl 33442

Automart Distributors Inc
2001 Nw 15th Avenue
Pompano Beach Fl 33069

Avaya
Po Box 550599
Jacksonville, Fl 32255

Bennett Auto Supply
3141 Sw 10th Street
Pompano Beach Fl 33069

Braman Motorcars
2901 Okeechobee Blvd
W Palm Bch Fl 33409


Brighton Air Conditioning Inc
1901 N Powerline Road
Pompano Beach Fl 33069


Broward Hydraulic Service
3907 Sw 12th Court
Ft. Lauderdale Fl 33312


Broward Tops And Interiors
4075 N.E. 5th Terrace
Oakland Park Fl 33334


Burgess Electric, Inc.
8238 Sourgum Avenue
Delray Beach Fl 33446


Car Kem Products Inc
Po Box 471405
Lake Monroe Fl 32747


Castle Distributing Industries
Po Box 4992
Hollywood Fl 33083


Champion Motorsport
3101 Centerport Circle
Pompano Beach Fl 33064


Chase Towing
882 East Jeffrey Street
Boca Raton Fl 33487


Cintas Corporation #283
2401 Vista Parkway
West Palm Beach Fl 33411

Cintas First Aid & Safety
7241 Haverhill Business P
Riviera Beach Fl 33407,

Cit Financial
Po Box 98850
Chicago, Il 60693

Clear Headlights
2530 Nw 121 Drive
Coral Springs Fl 33065,

Corporate Express Inc
Po Box 95708
Chicago Il 60694,

Daimler Truck Finance
13650 Heritage Parkway
Fort Worth, Tx 76177

Ernies Porsche Alloys
13640 Nw 19 Ave Unit 9
Opa Locka Fl 33054

Exotic Car Transport Inc
880 C Maguire Rd
Ocoee Fl 34761

Exxon Mobil Oil Corp
P.O. Box 392
Houston Tx 77001

Ford Credit
Po Box 105697
Atlanta, Ga 30348

Fp&l
General Mail Facility
Miami, Fl 33188

Fresh-penn Inc
13740 67 Street N
West Palm Beach Fl 33412,


Gmac
Po Box 380901
Bloomington, Mn 55436


Hertz Local Edition
Hle Commercial Dept 1154
Dallas Tx 75312,


Hollywood Compressor Inc
Po Box 848589
Pembroke Pines Fl 33084


Idsc
Po Box 98850
Chicago, Il 60693


Interior Doctor Inc
1838 Oak Berry Circle
Wellington Fl 33414


Kemo A.M.A.
755 S. Deerfield Ave
Deerfield Bch Fl 33443


Kent Automotive
2689 Paysphere Circle
Chicago Il 60674


Lojack Corportation
Po Box 846111
Boston Ma 02284


Mcgard, Inc.
3875 California Rd
Orchard Pk Ny 14127

Mckeon (dist) Inc
1901 Pierce Street
Hollywood Fl 33020


Mobile Dent Masters Llc
790 Nw 34th Street
Oakland Park Fl 33309


Paccar Financial Corp
Po Box 530491
Atlanta, Ga 30353


Porsche Cars North America Inc.
980 Hammond Drive, Ste 10
Atlanta Ga 30328


Putnam Leasing
300 Main Street
Stamford, Ct 06901


Quick Auto Glass Inc.
1545 Se 15th St.
Ft. Lauderdale Fl 33316


Reyna Capital
Po Box 1474
Dayton, Ohio 45401


S.F.A.D.A.
1380 Ne Miami Gardens Dr.
North Miami Beach Fl 33179


Sopus Products
Po Box 7247-6236
Philadelphia Pa 19170


South Dade Automotive
2875 Nw 77 Avenue
Miami Fl 33122

Southeast Propane-pompano
2410 Ne 4th Avenue
Pompano Beach Fl 33064


Sprint
Po Box 21900
Kansas City, Mo 64121


Stuttgart Int'l Auto Body Inc
1055 Nw 51 Ct
Ft Lauderdale Fl 33309


Sun-sentinel Publishing
Po Box 100606
Atlanta Ga 30384


The Collection
200 Bird Rd
Coral Gables Fl 33134


The Reynolds And Reynolds Company
23150 Network Place
Chicago Il 60673


The Tire Rack
7101 Vorden Parkway
South Bend In 46628


Tire Equipment Sales & Service Co
1696 Old Okeechobee Rd
West Palm Beach Fl 33409


Twc
3333 Northwest 97th Avenu
Miami Fl 33172


Us Bank
1310 Madrid Street
Marshall, Mn 56258

Volkswagen Of America
P. O. Box 78212
Detroit Mi 48278


Vw Credit Mortgages
Po Box 6700 Dept 05801
Detroit,Mi 48267


Wachovia Commercial Loan Services
Po Box 740502
Atlanta, Ga 30374


Waste And Waste Mgmt
Po Box 6693000
Pompano Beach, Fl 33066


Wells Fargo
Po Box 1450 Nw- 8178
Minneapolis, Mn 55485


Wheel Repair Specialists Inc
1690 W 33rd Place
Hialeah Fl 33012


Wilson's Window Tinting
1880 Nw 54th Avenue
Margate Fl 33063


Window Tint Usa
2450 West Sample Road
Pompano Beach Fl 33073


Wurth Usa Inc
Po Box 1756
Newark Nj 07101