UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

COPANS MOTORS, INC. d/b/a
CHAMPION MOTORS,

   Debtor.
_____/

CASE NO.

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Holder of Security

Devindar A. Maraj
500 W. Copans Road
Pompano Beach, FL 33064-3266

Type of Interest

100% of Stock

Dated:  May 7, 2009

Respectfully Submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Debtor-in-Possession
National City Building
200 East Broward Blvd., Suite 1110
Ft. Lauderdale, Florida 33301
Telephone: (954) 453-8000
Facsimile : (954) 453-8010

By:    /s/ Bart A. Houston
  Bart A. Houston, Esq.
  Florida Bar No.  623636
  Heather L. Harmon, Esq.
  Florida Bar No. 013192