UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

COPANS MOTORS, INC. d/b/a
CHAMPION MOTORS,

    Debtor.
_____/

CASE NO.

Chapter 11

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Copans Motors, Inc. d/b/a Champion Motors (the "Debtor") in the above captioned action, certifies that the following is a (are) corporations(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s) equity interests, or states that there are no entities to report under FRBP 7007.1:

**NONE**

Dated: May 7, 2009

                              Respectfully Submitted,

                              **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**

                              GENOVESE JOBLOVE & BATTISTA, P.A.
                              Attorneys for Debtor-in-Possession
                              National City Building
                              200 East Broward Blvd., Suite 1110
                              Ft. Lauderdale, Florida 33301
                              Telephone: (954) 453-8000
                              Facsimile : (954) 453-8010

                              By:   /s/ Bart A. Houston
                                   Bart A. Houston, Esq.
                                   Florida Bar No.  623636
                                   Heather L. Yonke, Esq.
                                   Florida Bar No. 013192